**Martin W. Jaqua,** OSB #860528
mjaqua@rickles-law.com
THE RICKLES LAW FIRM, PC
One SW Columbia Street, Suite 1850
Portland, Oregon 97258-2001
Telephone: 503.229.1850
Facsimile: 503.229.1856
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MARK POTTER, | |
| Plaintiff, | CV10-124-BR |
| v. | **ORDER TO DEPOSIT FUNDS** |
| HELEN E. CAVALETTO, et al., | |
| Defendants, | |
| and | |
| THOMAS CROSSWHITE and BARBARA CROSSWHITE, | |
| Intervenor Defendants. | |

1.   In accordance with Plaintiff's Motion to Deposit Additional Funds (filed on June 23, 2011 as Docket No. 138), in the above-entitled interpleader action, the Clerk is directed to accept Plaintiff's cashier's

Page 1 – **ORDER TO DEPOSIT FUNDS**
\\RLF-FS\RLF\CLIENTS\7000\7301.238\INTERPLEADER CASE\ORDER TO DEPOSIT FUNDS-REVISED.DOC

check, made payable to the Clerk, U.S. District Court – Oregon, in the amount of $11,611.97, and to deposit these monies into a non-interest bearing account.

2. Counsel presenting this Order must serve a copy personally on the Clerk of Court and on the Clerk's Financial Administrator, before the Clerk will take any action on this order.

3. The Clerk of the United States District Court for the District of Oregon is absolved of any liability by compliance with this Order.

4. It shall be counsel's responsibility to confirm any action required by this Order to be performed by the Clerk or her designee.

**IT IS SO ORDERED** this 24th day of June, 2011.

_____
Honorable Anna J. Brown,
District Judge

cc:  Counsel of Record
     Clerk, US District Court
     Chief Financial Administrator, Clerk's Office (Portland)

For Court Use Only
---

APPROVED AS TO FORM:

*Renee M. Martin*
By: Financial Administrator