IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK POTTER, | ) Case No.: CV 10-0124 BR |
| Plaintiff, | ) JUDGMENT |
| v. | ) AND ORDER TO DISBURSE FUNDS |
| HELEN E. CAVALETTO, et. al., | ) |
| Defendants' | ) |
| v. | ) |
| THOMAS CROSSWHITE AND BARBARA CROSSWHITE, | ) |
| Defendants-Intervenors. | ) |

This action was determined on summary judgment and by stipulation of the parties, and the following decision was reached:

Intervenor Defendants Thomas Crosswhite and Barbara Crosswhite are dismissed from this action with prejudice, Judgment is entered in favor of Defendants CC Equity, Inc., CC Financial, Inc., and MFI Consultants, Inc. against Thomas Crosswhite and Barbara Crosswhite, jointly and severally, for costs and attorney fees for which Defendants CC

{9018-07-00071952-2}
1 –JUDGMENT

Equity, Inc., CC Financial, Inc., and MFI Consultants, Inc. may submit future application.

Plaintiff, Mark Potter, trustee, has deposited with the Court all funds remaining in trust for any of the defendants to this action. Therefore, plaintiff is dismissed from this action and discharged from liability for any claims by the defendants to the funds deposited with the Court. All defendants are enjoined from initiating or prosecuting any claims against plaintiff for any portion of the funds deposited with the Court.

The remaining defendants resolved this matter by settlement, each agreeing to receive a proportionate share, if any, of the funds held by the Court, their respective proportionate shares being listed in the table below.

The Clerk of the Court is therefore ordered to distribute the principal funds deposited with the Court during the pendency of these proceedings to the person or entity at the address specified below as follows:

| DEFENDANT: | AMOUNT TO BE DISBURSED: | ADDRESS: |
| --- | --- | --- |
| Ann Burney | $1,339.95 | Ann Burney<br>101 Lakeview Dr.<br>Hamilton, GA 31811 |
| Helen E Cavaletto | $9,379.63 | Helen Cavaletto<br>4031 Price Road<br>Somis, CA. 93066 |
| Barbara J Churchman | $14,069.45 | Barbara Churchman<br>230 Calle Higuera<br>Camarillo, CA. 93010 |
| Fred Farah | $46,898.17 | Fred Farah<br>c/o Michael Wise<br>800 Jackson Tower<br>806 SW Broadway<br>Portland, OR. 97205 |
| Donna Forell | $1,339.95 | Donna Forell<br>1305 Green Tree Road<br>Lake Oswego, OR. 97034 |

| | | |
|---|---|---|
| Millard Forell | $6,699.74 | Millard Forell<br>1305 Green Tree Road<br>Lake Oswego, OR. 97034 |
| Richard Gould | $33,498.69 | Richard Gould<br>P.O. Box 637<br>Redmond, OR. 97756-0137 |
| Elva J Gould | $22,779.11 | Elva Gould<br>P.O. Box 637<br>Redmond, OR. 97756-0137 |
| Gabriele M Hertrich | $68,337.33 | Gabriele Hertrich<br>P. O. Box 505<br>Sandy, OR. 97055 |
| Barton J Hull | $4,689.82 | Barton J. Hull<br>9332 Longview Drive<br>Ventura, CA. 93004 |
| Sue Hull | $4,689.82 | Susan Hull<br>1821 Mariposa Way<br>Brentwood, CA. 94513 |
| Robert W Hunter | $5,359.79 | Robert Hunter<br>2727 Waverly Drive<br>Los Angeles, CA. 90039 |
| David Petit | $334.99 | David Petit<br>4853 N. Clubhouse Drive<br>Somis, CA. 93066 |
| Mary Beth Strom | $6,699.74 | Mary Beth Strom<br>11604 Quail Village Way<br>Naples, FL. 34119 |
| Norman D Tucker | $334.99 | Norman Tucker<br>3529 Lavina Dr.<br>Forest Grove, OR. 97116 |
| Sami Tucker | $334.99 | Sami Tucker<br>4106 Buck Brush Lane<br>Lake Oswego, OR. 97035 |
| CC Financial, Inc. | $226,786.12 | CC Financial, Inc.,<br>c/o Corey Tolliver<br>Powers, McCulloch & Bennett<br>1300 SW 5th Ave, Suite 1720<br>Portland, OR 97201 |
| CC Equity, Inc. | $8,039.69 | CC Equity, Inc.,<br>c/o Corey Tolliver<br>Powers, McCulloch & Bennett<br>1300 SW 5th Ave, Suite 1720<br>Portland, OR 97201 |

|  |  |  |
|---|---|---|
| MFI Consultants, Inc. | $0.00 | MFI Consultants, Inc., Powers, McCulloch & Bennett 1300 SW 5th Ave, Suite 1720 Portland, OR 97201 |
| Deloris Grossen | $0.00 | Deloris Grossen 8320 SW Canyon Dr. Portland, OR. 97225 |
| Total: | $461,611.97 |  |

The Clerk of the Court is further ordered to distribute all accrued interest to defendant CC Equity, Inc.'s attorneys' trust account, after deducting a ten percent (10%) Registry Fee, made payable to Powers, McCulloch & Bennett Client Trust Account, 1300 SW 5th Ave., Ste., 1720, Portland, OR 97201. CC Equity, Inc., by and through its attorneys, Powers, McCulloch & Bennett, LLP, is ordered to further disburse the accrued interest to the remaining defendants in the same proportion as the Court distributed the principal amount above.

DATED: July 11, 2011

_____
Honorable Judge Anna Brown
UNITED STATES DISTRICT JUDGE

Approved as to form:

MARY L. MORAN, Clerk of Court

_____
by Financial Administrator

{9018-07-00071952-2}
4 –JUDGMENT